IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| THURSTON WALLER, | : | |
| Petitioner, | : | Case No.: 5:08-CV-312 (CAR) |
| v. | : | |
| ANTHONY WASHINGTON, WARDEN, | : | 28 U.S.C. § 2254 |
| Respondent. | : | |

*ORDER ON THE REPORT AND RECOMMENDATION*
*OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 14] to deny Thurston Waller's Petition for Writ of *Habeas Corpus*. Petitioner has not entered an objection to the Recommendation. In fact, Georgia Department of Corrections records indicate Petitioner was paroled on August 28, 2009, which effectively moots the petition regardless of its merits. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. The Petition is hereby **DENIED**.

**SO ORDERED,** this 20th day of July, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

THC